United States District Court

For The District Of New Jersey

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2014 NOV 19 PM 2 05

Victor Gonzalez
Petitioner

v.

Case No: 96-114

United States Of America
Respondent

---

" Motion "

Amendment Of Judgement

Issued By This Honorable

Court

## Statement Of Reason To Support This Motion

In November 7, 1996, Petitioner was found guilty of § 18 U.S.C. 1962(c)(d), § 21 U.S.C. 846 and § 21 U.S.C. 841 (a)(1), of the redacted 3rd Superseding Indictment. On March 27, 1997, petitioner was Sentenced to life imprisonment on Counts 1,2 and 3 of the redacted 3rd Superseding Indictment to be served concurrently with each other and any other undischarged terms of imprisonment, and a Fine of $10,000 due immediately and special assessment of $150.00 due immediately. After my Pre-Sentence Investigation report my credit history check confirmed that i didn't have a line of credit, Accordingly a small Fine below the guideline Fine range was recommended.

On my Criminal Judgement and Commitment Order of 1997 page (3) state's, while in custody i may participate in the Bureau of Prison Inmate Finacial Responsibility Program, and on my PSI No:(156) while participating in this program I will be able to contribute half of my monthly prison work earnings. Petitioner contends that the District Court erred by Ordering Petitioner to pay a Fine without specifying in the Fine Order the manner and schedule of payments to be made and without considering petitioners Finacial obligations, The Court Order me to pay the Fine immediately, The Court must set a payment schedule.

Honorable Court, I don't have my GED and I don't work in Unicor, My monthly prison work earnings is ¢12 cents a month. I asked my Counselor Mr. Washington if I can make Quaterly payments of $25.00, because is getting hard for me to make the monthly payments. I'm asking out of good faith can the Court give me a payment plan of Quaterly payments of $25.00, I'm not refusing to pay, All I'm asking your Honor for the Court to Order and put me on a payment schedule of Quaterly payments. **See Soroka v. Daniels 467 F.Supp2d. 1097( D.Or. 2006) United States v. Corley, 500 f.3d 210, 227(3rd Cir.2007)**

(1)

**United States v. Coates, 178, F.3d 681 684-85(3rd Cir.1999).** Petitioner Prays that this Honorable Court grants this Motion to Amend this Judgement.

### Declaration Under Penalty Of Perjury

I, Victor Gonzalez, Hereby declare and swear under the Penalty of Perjury that the foregoing is True and Correct, made by me willfully, Knowingly and Intelligently, and I being presently Incarcerated in the Federal Bureau Of Prisons, at FCI Cumberland, Sign my name Herein to verify that I am indeed, Victor Gonzalez, all done Pursuant § 28 U.S.C. 1746, § 18 U.S.C. 1001 and § 5 U.S.C. 552(1)(3_.

### Certificate Of Service

This Certificate Of Service was sent, Prepaid by the United States Postal Service to the Office of the United States Attorney at 970 Broad St. Suite 700, Newark New Jersey 07102 on this Date _11-16-2014_.

Respectfully Submitted

/s/ _Victor Gonzalez_

(2)



CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2014 NOV 19  PM 2 05

⇔19769-050⇔
Martin Luther King Jr
Us.District Court
50 Walnut ST
Room 4015
Newark, NJ 07102
United States

⇔19769-050⇔
Victor M Gonzalez
Reg:19769-050
Federal Correctional Institution
P.O Box 1000
Cumberland, MD 21501
United States